AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

BRUCE R. TRAVIS

V.

U.S. GOVT.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV01656

JUDGE: Royce C. Lamberth

DECK TYPE: Pro se General Civil

DATE STAMP: 09/25/2006

TO: (Name and address of Defendant)

U.S. ATTORNEY
501 3RD. ST. N.W.
WASHINGTON, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' PRO SE (name and address)

BRUCE R. TRAVIS
P.O.B. 311
KIHEI, HAWAII

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

M. Higgins
(By) DEPUTY CLERK

DATE: SEP 2 5 2006

RECEIVED
NOV - 1 2006
MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT



| | Track/Confirm - Intranet Item Inquiry<br>Item Number: 7004 2890 0000 2810 0991 |
|---|---|

**This item was delivered on 10/16/2006 at 04:34**

| | Delivery Section |
|---|---|
| Signature: | [signature] M.W. Parker |
| Address: | Justice 20530 |

Enter Request Type and Item Number:

Quick Search ⦿    Extensive Search ○

Explanation of Quick and Extensive Searches

[ Submit ]

*Version 1.0*

Inquire on multiple items.

Go to the Product Tracking System Home Page.

## AFFIDAVIT OF SERVICE

The United States Government was served by placing the attached summons and a copy of the complaint in an envelope and sending by certified mail return receipt requested (copy attached) pursuant to Rule 4(i)(1) Fed. R. Civ. P. The date of service upon the United States Government as evidenced by the attached Postal green cards is 10/16/06 . The cost of the mailing is $ 5.00 .

Certified mail # 7004 2890 0000 2810 0991

to:

Civil Process Clerk
Kenneth L. Wainstein
United States Attorney
District of Columbia
501 3rd Street NW
Washington, District of Columbia 20001

    I declare under penalty of perjury under the laws of the United States of America that I am not a party to the above entitled action and that the foregoing information contained in this affidavit of Service and Statement of Service Fees is true and correct.

_____          October 27, 2006
Signature                                              Date