AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

BRUCE R. TRAVIS

V.

U.S. GOVT.

**SUMMONS IN A CIVIL CASE**

CASE N

CASE NUMBER   1:06CV01656

JUDGE: Royce C. Lamberth

DECK TYPE: Pro se General Civil

DATE STAMP: 09/25/2006

TO: (Name and address of Defendant)

U.S. ATTORNEY GENERAL
D.O.J.
950 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' ████ *PRO SE* (name and address)

BRUCE R. TRAVIS
P.O.B. 311
KIHEI, HAWAII

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

M. Higgins

(By) DEPUTY CLERK

SEP 2 5 2006

DATE

RECEIVED

NOV - 1 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

BRUCE R. TRAVIS

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $5.60 |

10/04/2006

Sent To: U.S. ATTORNEY GENERAL DOT
Street, Apt. No.; or PO Box No. 950 PENSYLVANIA AVE
City, State, ZIP+4 N-W. WASH D.C. 20530

PS Form 3800, June 2002    See Reverse for Instructions

7004 2890 0000 2810 1004

WASHINGTON, D.C. 20530

**SUMMONS IN A CIVIL CASE**

CASE N

CASE NUMBER    1:06CV01656

JUDGE: Royce C. Lamberth

DECK TYPE: Pro se General Civil

DATE STAMP: 09/25/2006

---

PRO SE

(name and address)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. ATTORNEY GENERAL
D.O.J.
950 PENNSYLVANIA AVE.
N.W.
WASHINGTON. D.C.
20530

2. Article Number
(Transfer from service label)    7004 2890 0000 2810 1004

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
                      ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
OCT 1 0 2006

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

0 _____ days after service default will be taken against you for n must be filed with the Clerk of this

NANCY MAYER-WHITTINGTON

CLERK

SEP 2 5 2006

DATE

_____
(By) DEPUTY CLERK

## AFFIDAVIT OF SERVICE

The United States Government was served by placing the attached summons and a copy of the complaint in an envelope and sending by certified mail return receipt requested (copy attached) pursuant to Rule 4(i)(1) Fed. R. Civ. P.  The date of service upon the United States Government as evidenced by the attached Postal green cards is _10/10 2006_.  The cost of the mailing is $ _5.10_

Certified mail # _7004 2890 0000 2810 1004_,

to:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

    I declare under penalty of perjury under the laws of the United States of America that I am not a party to the above entitled action and that the foregoing information contained in this affidavit of Service and Statement of Service Fees is true and correct.

_____
Signature

_October 27, 2006_
Date