IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCE R. TRAVIS          ) | |
|      Plaintiff,          ) | |
| v.                          ) | No: 1:06-cv-1656(RCL) |
| UNITED STATES,          ) | |
|      Defendant.          ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF
TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD**

    DEFENDANT, the United States, through its attorneys, moves the Court under Fed. R. Civ. P. 6(b)(1) to enlarge the time for defendant to answer, move, or otherwise plead to plaintiff's complaint. Defendant moves for an additional fifteen (15) days in which to answer, move, or otherwise plead in response to the complaint.

    As grounds for this motion, defendant asserts that its agency, the Internal Revenue Service, has been unable to assemble and analyze the relevant records, and advise the Department of Justice as to defense of this case within the time period provided by Fed. R. Civ. P. 12. These grounds are more fully explained in a memorandum of points and authorities accompanying this motion.

The specific relief sought by this motion is an order enlarging the time for defendant to serve an answer, motion, or to other responsive pleading to the complaint by fifteen (15), to and including January 24, 2007.

DATE: January 8, 2007.

Respectfully submitted,

/s/ Pat Genis
PAT S. GENIS, #446244
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Telephone: (202) 307-6390

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCE R. TRAVIS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No: 1:06-cv-1656(RCL) |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

CERTIFICATE OF SERVICE

IT IS CERTIFIED that DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD, MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF UNITED STATES' MOTION FOR ENLARGEMENT OF TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD, and a proposed ORDER were served upon plaintiff on January 8, 2007 by depositing copies in the United States mail, postage prepaid, addressed as follows:

        /s/ Pat Genis
        PAT S. GENIS

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCE R. TRAVIS  )  <br> ) <br> Plaintiff,  ) <br> ) <br> v.  ) <br> ) <br> UNITED STATES,  ) <br> ) <br> Defendant.  ) | No: 1:06-cv-1656(RCL) |

**MEMORANDUM OF POINTS & AUTHORITIES IN
SUPPORT OF UNITED STATES' MOTION FOR
ENLARGEMENT OF TIME TO ANSWER, MOVE
OR OTHERWISE PLEAD**

This is a civil action in which plaintiff alleges that the Internal Revenue Service violated various sections of the Internal Revenue Code., thus giving rise to a damage claim for wrongful collection.

STATEMENT & DISCUSSION

1. <u>Introduction.</u>  Plaintiff filed this amended complaint on December 22, 2006.

2. <u>The time for the United States to serve an answer, motion, or other responsive pleading</u>.  Under Fed. R. Civ. P. 15(a), the United States has ten (10) days to answer or otherwise respond to the amended complaint.  Accordingly, the United States' response is due on or before January 9, 2007.

3. <u>Compliance with the pleading deadline</u>.  The Internal Revenue Service, the agency of the United States responsible for administration of the internal revenue, and more specifically the agency responsible for the actions described in the complaint, has advised the Department of Justice that it is unable to assemble, analyze, and provide litigation advice with respect to the complaint in this case within the period of time prescribed by Fed. R. Civ. P. 12(a).

Specifically, the Internal Revenue Service needs additional time to locate plaintiff's administrative claim.

4. <u>Relief requested</u>.  The Internal Revenue Service is of the belief, and has advised the Department of Justice, that the process of assembling and analyzing case

files and records, and providing litigation advice to the Department of Justice, can and likely will be completed within an additional fifteen (15)-day period.

     5. <u>The Court has discretion to grant this motion.</u>  Under Fed. R. Civ. P. 6(b)(1), the Court for cause shown, may enlarge the time for answering, moving, or otherwise pleading to the complaint.  <u>See</u> <u>Poe v. Christina Copper Mines, Inc.</u>, 15 F.R.D. 85, 87-88 (D. Del. 1953)  As the revisers of Professor Moore's treatise on procedure have commented:

> When a party requests an extension before the time period has elapsed, pursuant to Rule 6(b)(1), the district court usually will be liberal in granting the request.  Rule 6(b) allows the court to enlarge time periods in its discretion "for cause shown."  What cause must be shown is not specifically set out in Rule 6(b), but some justification for the enlargement seems to be required.  The court generally will find that cause has been shown and grant the extension unless the moving party has been negligent, shown bad faith, or abused the privilege of extensions.

1 Daniel R. Coquillette, et al., <u>Moore's Federal Practice</u>, § 6.06[2], p. 6-40.1 (1999) (footnotes omitted); <u>Baden v. Craig-Hallum, Inc.</u>, 115 F.R.D. 582, 585 (D. Minn. 1987). Defendant has not been guilty of negligence or bad faith, nor has defendant abused the privilege of extensions.

     6. <u>Summary.</u>  The Court should exercise its discretion to grant the requested enlargement of time in the interests of justice and for cause shown.  United States' telephoned the *pro se* party for his consent to this motion, and was told to call back in five minutes.  Counsel did so, but plaintiff did not answer his telephone.

CONCLUSION

 It is the position of defendant, the United States, that the motion for enlargement time to answer, move, or otherwise plead ought to be granted.

 DATE: January 8, 2007

           /s/ Pat Genis
          PAT S. GENIS, #446244
          Trial Attorney, Tax Division
          U.S. Department of Justice
          Post Office Box 227
          Washington, D.C.  20044
          Telephone/FAX: (202) 307-6390/514-6866
          Email: pat.genis@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCE R. TRAVIS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No: 1:06-cv-1656(RCL) |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

### **O R D E R**

Having considered the United States' motion for enlargement of time in which to answer, move, or otherwise plead, together with the memorandum in support thereof, and any opposition thereto, the Court concludes that the motion ought to be granted. Accordingly, it is this _____ day of _____, 2007, at Washington, D.C.

ORDERED that defendant's motion for enlargement of time to answer, move, or otherwise plead be and is GRANTED;

ORDERED that defendant, the United States, shall have an additional fifteen (15) days until January 24, 2007, in which to serve an answer, motion, or to otherwise plead to the complaint; and it is further

ORDERED that the Clerk shall distribute conformed copies of this order to the representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

2128790.1

COPIES TO:

PAT S. GENIS
Trial Attorneys, Tax Division
U. S. Department of Justice
Post Office Box 227
Washington, DC  20044

BRUCE R. TRAVIS
*Plaintiff pro se*
P.O. Box 311
Kihei, HI 96753

2128790.1