IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCE R. TRAVIS, | ) |
| Plaintiff, | ) |
| v. | ) No: 1:06-cv-1656(RCL) |
| UNITED STATES, | ) |
| Defendant. | ) |

**DEFENDANT'S SECOND MOTION FOR ENLARGEMENT OF
TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD**

DEFENDANT, the United States, through its attorneys, moves the Court under Fed. R. Civ. P. 6(b)(1) to enlarge the time for defendant to answer, move, or otherwise plead to plaintiff's complaint. Defendant moves for an additional two (2) days in which to answer, move, or otherwise plead in response to the complaint.

As grounds for this motion, defendant asserts that the Department of Justice was unable to analyze the relevant records, complete its analysis, and write its response within the time period provided by Fed. R. Civ. P. 12 and its request for an enlargement of time. These grounds are more fully explained in a memorandum of points and authorities accompanying this motion.

     The specific relief sought by this motion is an order enlarging the time for defendant to serve an answer, motion, or to other responsive pleading to the complaint by two (2) to and including January 26, 2007.

DATE: January 24, 2007.

                                                  Respectfully submitted,

                                                /s/ Pat Genis
                                                PAT S. GENIS, #446244
                                                Trial Attorney, Tax Division
                                                U.S. Department of Justice
                                                P.O. Box 227
                                                Washington, D.C. 20044
                                                Telephone: (202) 307-6390

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCE R. TRAVIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No: 1:06-cv-1656(RCL) |
| UNITED STATES, | ) ) ) |
| Defendant. | ) ) |

### CERTIFICATE OF SERVICE

IT IS CERTIFIED that DEFENDANT'S SECOND MOTION FOR ENLARGEMENT OF TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD, MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF UNITED STATES' MOTION FOR ENLARGEMENT OF TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD, and a proposed ORDER were served upon plaintiff on January 24, 2007 by depositing copies in the United States mail, postage prepaid, addressed as follows:

                                                                                  /s/ Pat Genis
                                                                         PAT S. GENIS

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

BRUCE R. TRAVIS,           )
                           )
    Plaintiff,             )
                           )
v.                         )    No: 1:06-cv-1656(RCL)
                           )
UNITED STATES,             )
                           )
    Defendant.             )

**MEMORANDUM OF POINTS & AUTHORITIES IN
SUPPORT OF UNITED STATES' SEOND MOTION FOR
ENLARGEMENT OF TIME TO ANSWER, MOVE
OR OTHERWISE PLEAD**

This is a civil action in which plaintiff alleges that the Internal Revenue Service violated various sections of the Internal Revenue Code., thus giving rise to a damage claim for wrongful collection.

STATEMENT & DISCUSSION

1. <u>Introduction.</u>  Plaintiff filed this amended complaint on December 22, 2006.

2. <u>The time for the United States to serve an answer, motion, or other responsive pleading</u>.  Under Fed. R. Civ. P. 15(a), the United States has ten (10) days to answer or otherwise respond to the amended complaint.  Accordingly, the United States' response is due on or before January 9, 2007.

On January 8, 2007, the United States requested a fifteen (15)-day enlargement of time, until January 24, 2007, to answer or otherwise respond to plaintiff's amended complaint.

3. <u>Compliance with the pleading deadline</u>.  The Department of Justice has all the documents needed to respond to the amended complaint, but needs an additional two (2) days to review, analyze and write its response to plaintiff's amended complaint.

4. <u>Relief requested</u>.  The United State believes that it will be able to fully respond to plaintiff's amended complaint within two (2) additional days.

5. <u>The Court has discretion to grant this motion.</u>  Under Fed. R. Civ. P. 6(b)(1), the Court for cause shown, may enlarge the time for answering, moving, or otherwise pleading to the complaint.  See <u>Poe v. Christina Copper Mines, Inc.</u>, 15 F.R.D. 85, 87-88 (D. Del. 1953)  As the revisers of Professor Moore's treatise on procedure have commented:

> When a party requests an extension before the time period has elapsed, pursuant to Rule 6(b)(1), the district court usually will be liberal in granting the request.  Rule 6(b) allows the court to enlarge time periods in its discretion "for cause shown."  What cause must be shown is not specifically set out in Rule 6(b), but some justification for the enlargement seems to be required.  The court generally will find that cause has been shown and grant the extension unless the moving party has been negligent, shown bad faith, or abused the privilege of extensions.

1 Daniel R. Coquillette, et al., <u>Moore's Federal Practice</u>, § 6.06[2], p. 6-40.1 (1999) (footnotes omitted); <u>Baden v. Craig-Hallum, Inc.</u>, 115 F.R.D. 582, 585 (D. Minn. 1987). Defendant has not been guilty of negligence or bad faith, nor has defendant abused the privilege of extensions.

6. <u>Summary.</u>  The Court should exercise its discretion to grant the requested enlargement of time in the interests of justice and for cause shown.  Due to time constraints, the United States was unable to get the *pro se* party's consent for this two (2)-day extension.

CONCLUSION

It is the position of defendant, the United States, that the motion for enlargement time to answer, move, or otherwise plead ought to be granted.

DATE: January 24, 2007

                                         /s/ Pat Genis
PAT S. GENIS, #446244
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C. 20044
Telephone/FAX: (202) 307-6390/514-6866
Email: pat.genis@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCE R. TRAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No: 1:06-cv-1656(RCL) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

### **O R D E R**

Having considered the United States' motion for enlargement of time in which to answer, move, or otherwise plead, together with the memorandum in support thereof, and any opposition thereto, the Court concludes that the motion ought to be granted. Accordingly, it is this _____ day of _____, 2007, at Washington, D.C.

ORDERED that defendant's motion for enlargement of time to answer, move, or otherwise plead be and is GRANTED;

ORDERED that defendant, the United States, shall have an additional two (2) days until January 26, 2007, in which to serve an answer, motion, or to otherwise plead to the complaint; and it is further

ORDERED that the Clerk shall distribute conformed copies of this order to the representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

2182576.1

COPIES TO:

PAT S. GENIS
Trial Attorneys, Tax Division
U. S. Department of Justice
Post Office Box 227
Washington, DC  20044

BRUCE R. TRAVIS
*Plaintiff pro se*
P.O. Box 311
Kihei, HI 96753