**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **BRUCE R. TRAVIS,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | Civil Action No. 1:06-01656 (RCL) |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**ORDER**

Defendant filed a motion [5] to dismiss the Complaint herein on December 15, 2006.

On December 22, 2006, Plaintiff filed an Amended Complaint. In light of that, Defendant's motion to dismiss the original Complaint is DENIED, without prejudice to filing a new motion that addresses the Amended Complaint.

Defendant's motions [7, 9] for enlargements of time for responding to the Amended Complaint are GRANTED, and Defendant shall have until January 26, 2007, to serve an answer, motion, or otherwise respond to the Amended Complaint.

Plaintiff's request [8] for default is DENIED.


SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, January 25, 2007.