IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCE R. TRAVIS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No: 1:06-cv-1656(RCL) |
| | ) |
| UNITED STATES, | ) |
| | ) |
|     Defendant. | ) |

## UNITED STATES' REPLY

On February 5, 2007, plaintiff filed what purports to be a memorandum in opposition to the United States' motion to dismiss. In fact, the pleading plaintiff filed was entitled "Plaintiff's Opposition to Admission of Computer 'Evidence'." (Dkt. # 13.) On February 12, 2007, plaintiff filed what purports to be a "response in opposition to" the declaration the United States' counsel filed with the motion to dismiss. (Dkt. # 14.) Neither pleading is a proper opposition to the United States' motion to dismiss. And both pleadings are plainly frivolous. Accordingly, this Court should grant the United

2247553.1

States' motion to dismiss as unopposed, or, in alternative, strike plaintiff's pleadings and order him to respond to the United States' motion to dismiss.

DATE: February 16, 2007.                    Respectfully submitted,

                                                        /s/ Pat S. Genis
                                          PAT S. GENIS, #446244
                                          Trial Attorney, Tax Division
                                          U.S. Department of Justice
                                          Post Office Box 227
                                          Washington, DC  20044
                                          Tel./FAX:  (202) 307-6390/614-6866
                                          Email: pat.genis@usdoj.gov

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCE R. TRAVIS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No: 1:06-cv-1656(RCL) |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the UNITED STATES' REPLY was served upon plaintiff *pro se* on February 16, 2007 by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

> Bruce R. Travis
> *Plaintiff pro se*
> P.O. Box 311
> Kihei, HI 96753

      /s/ Pat S. Genis
PAT S. GENIS, #446244