UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| Bruce R Travis, | ) |
| | ) 1:06-cv-01656 |
| Plaintiff(s) | ) |
| | ) PLAINTIFF'S SUR RESPONSE TO |
| vs, | ) DOCKET #15 |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendants | ) |

RECEIVED
MAR 5 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff(s), Bruce R Travis, requests leave of court to file a sur. response to Docket No. 15, Defendants' counsel responds to plaintiff opposition to admission of computer evidence and opposition to counsel's declaration stating only that plaintiff's opposition is frivolous.

Plaintiff is not an attorney and does not understand what counsel means by frivolous. Plaintiff raises substantial issues in the aforementioned opposition. Does counsel claim that the Federal Rules of Evidence are frivolous? Does counsel claim that the GAO audit reports are frivolous? Does Counsel claim that counsel has the right to act as both a witness and an advocate? Does counsel claim that counsel has personal knowledge of the validity and the accuracy of the underlying data from which the computer printouts were derived?

Counsel's response contains no admissible evidence that supports the validity of the underlying data the computer printouts were prepared from. Counsel's response fails to lay a proper foundation for admission of the computer printouts. As pointed out in plaintiff's opposition to admission of computer evidence counsel must lay a proper foundation in

order for the court to accept defendants' computer evidence. Instead of providing a proper foundation for admission of computer evidence counsel simply states that plaintiff's opposition is frivolous. Whatever that means.

Wherefore, plaintiff requests that the court order the defendant to lay a proper foundation or in the alternative deny admission of defendants' computer printouts
Respectfully submitted,

Date: 3-1 , 2007

*Bruce R Travis* (signature)
Bruce R Travis

## CERTIFICATE OF SERVICE

I certify that copy of the foregoing was served upon Counsel for defendant on the above date.

Pat S. Genis
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044

Date: 3-1 , 2007

*Bruce R Travis* (signature)
Bruce R Travis