UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| Bruce R Travis, | ) |
| | ) 1:06-cv-01656 |
| Plaintiff(s) | ) |
| | ) PLAINTIFF'S SUR RESPONSE TO |
| vs, | ) DOCKET #11, 12 |
| UNITED STATES, | ) |
| | ) RECEIVED |
| Defendants | ) MAR 5 - 2007 |
| | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

Plaintiff, Bruce R Travis, requests leave of court to file a sur response to Docket entry no. 11, 12.

Counsel's reply briefs, (Docket No. 11, 12), are based entirely upon computer printouts of questionable accuracy.

Counsel's motion contains no admissible evidence that supports the validity of the underlying data the computer printouts were prepared from. Counsel's response fails to lay a proper foundation for admission of the computer printouts. As pointed out in plaintiff's opposition to admission of computer evidence counsel must lay a proper foundation in order for the court to accept defendants' computer evidence.

Wherefore, plaintiff requests that the court order the defendant to lay a proper foundation or in the alternative deny admission of defendants' computer printouts and deny counsel's motion to dismiss and motion for summary judgement.

Respectfully submitted,

Date: 3-1 , 2007

_____
Bruce R Travis

## CERTIFICATE OF SERVICE

I certify that copy of the foregoing was served upon Counsel for defendant on the above date.

Pat S. Genis
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044

Date: 3-1_____, 2007

_____
Bruce R Travis