**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

)
**BRUCE R. TRAVIS,**                                    )
)
    **Plaintiff,**                                    )
)
**v.**                                                        )    **Civil Action No. 1:06-01656 (RCL)**
)
**UNITED STATES OF AMERICA,**              )
)
    **Defendant.**                                  )
_____)

## ORDER

Having considered the United States' motion to dismiss [11] the amended complaint, together with the memorandum in support thereof, and having further consideration plaintiff's opposition thereto, the Court concludes that the motion should be granted.  Accordingly, it is this 4th day of April, 2007, hereby

ORDERED, that the United States' motion to dismiss for failure to state a claim is GRANTED; and it is further

ORDERED that the United States' motion [12] for summary judgment is MOOT; and it is further

ORDERED that plaintiff's amended complaint is DISMISSED.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, April 4, 2007.