UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Bruce R Travis                              Case No. 1:06-cv-01656 RCL
      Plaintiff(s),
                                  APPEAL
v.

United States
      Defendant.

    Plaintiff appeals the decision of Judge Royce C. Lambreth dated April 4, 2007 ~~200~~ dismissing plaintiff's amended complaint for failure to state a claim.

Dated: MAY 3, 2007

_Bruce R. Travis_
Bruce R Travis

**RECEIVED**

MAY 7 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Travis v. United States.                page 1 of 2 pages                Motion for default

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing on:

Pat Genis
Trial Attorney, Tax Division
U.S. Dept. of Justice
Ben Franklin Station
P O Box 227
Washington, D.C. 20044

Dated MAY 3 , 2007

_____
Bruce R Travis