# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5146**    **September Term, 2007**

06cv01656

**Filed On:**

Bruce R. Travis,
    Appellant

v.

U.S. Government,
    Appellee



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED    SEP 2 7 2007

CLERK

### ORDER

Upon consideration of appellant's motion to withdraw appeal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the district court a certified copy of this order in lieu of formal mandate.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: 

Mark Butler
Deputy Clerk

A True copy:
United States Courts of Appeals
for the District of Columbia Circuit
By _____ Deputy Clerk